No. 00–8392.  CARAWAY v. TEXAS.  Ct. App. Tex., 11th Dist. Certiorari denied.

No. 00–8393.  DRIVER v. CORNELL, SUPERINTENDENT, WOMEN'S EASTERN RECEPTION, DIAGNOSTIC AND CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 00–8400.  TULLOCH v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 00–8404.  GOLLEHON v. MONTANA ET AL.  Sup. Ct. Mont. Certiorari denied.

No. 00–8407.  ARVISO v. WILLIAMS, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 00–8413.  GRISSO v. HALTER, ACTING COMMISSIONER OF SOCIAL SECURITY, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 00–8420.  HILL v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 00–8432.  PERELES v. CALIFORNIA.  Ct. App. Cal., 6th App. Dist.  Certiorari denied.

No. 00–8451.  BOX v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 00–8500.  HARRIS v. COOK COUNTY, ILLINOIS, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 00–8516.  SOSA v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 00–8526.  JAMAL v. CUOMO ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 00–8536.  GLENN v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 00–8555.  SCOTT v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.